DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMERICAN S GROUP, LLC,**
Appellant,

v.

**BIG CHOICE, LLC,**
Appellee.

No. 4D17-792

[May 24, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE 16-018338 (02).

Andrey Solonenko, Miramar, for appellant.

Jordana Sarrell of Sarrell, Sarrell & Bender, P.L., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***